## Case No. 2,065.

### BRYAN v. DAVIS.

[Cited in Hellrigle v. Dulany, Case No. 6,343. Nowhere reported; opinion not now accessible.]